| Attorney Name, Address, Telephone & FAX Numbers<br>State Bar Number & Email Address<br>**Joshua L. Sternberg 250687**<br>**Sternberg Law Group**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax: 310-270-4344**<br>**250687 CA**<br>**JS@STERNBERGLAWGROUP.COM** | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Stephen M Pantalemon**<br><br><br><br><br>Debtor(s). | CASE NUMBER: **8:23-bk-11752-MH**<br><br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |
|---|---|

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number ____**11**____.

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $__**5,000.00**__ for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $__**450.00**__ per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Additional Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

|   |   |   |
|---|---|---|
| Fees for Additional Services | $ | **2,295.00** |
| Expenses related to Additional Services | $ | **0.00** |
| Total | $ | **2,295.00** |

**4.** **Case Status.** This Chapter 13 case has not been dismissed or converted.

**5.** **Plan Status.**

☐ A Chapter 13 Plan was confirmed in this case by order entered as docket number ___.

☑ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) **01/11/2024**.

**6.** **Fee Award for Basic Services.**

☑ Attorney was awarded fees for Basic Services in the amount of $ **2,500.00** in the order confirming the plan and/or a separate order of the court.

**7.** **Prior Applications for Additional Fees.**

☑ Attorney has not previously applied for Additional Fees in this case.

☐ Attorney has previously applied for Additional Fees in this case. A total of $_____ has been awarded to Applicant for Additional Fees pursuant to prior requests.

☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____.
A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

**8.** **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

**9.** **Amount and Basis for Compensation Requested.**

A. ☐ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

*(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay |  |
| $ | $350.00 | Unopposed application for order shortening time |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*      Page 2      **F 3015-1.12.APP.CH13.FEES**

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |
| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | $2.500.00 | Loan Modification Management Fees and Costs | |
| $ | | Total Requested | |

B. ☑ <u>Hourly or Other Additional Fees</u>. Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a. Dates during which the Additional Services were provided: from (*dates*) __10/12/2023__ to __01/10/2024__.

    b. Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **Total** | | | | |

    c. Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☑ if an addendum containing additional information is attached.)

    d. A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

    e. If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*  Page 3  **F 3015-1.12.APP.CH13.FEES**

**10.** **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **TOTAL** | $ |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

(*Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.*)

**11.** **Request for Payment.**

☑ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*    Page 4    **F 3015-1.12.APP.CH13.FEES**

12. **Consent and Declaration of Debtor.**

---

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this __10th__ day of __January__ __2024__ at (city) __Santa Ana__ (state) __CA__

Signature of Debtor 1: _____

Printed name of Debtor 1: __Stephen M Pantalemon__

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

---

13. **Certifications of Counsel.**

   a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

   b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 12, the reason the Debtor has not done so is as follows:

   c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: __January 10, 2024__

Respectfully submitted,

/s/ Joshua L. Sternberg
Signature of Attorney for Debtor

Joshua L. Sternberg 250687
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2021    Page 5    F 3015-1.12.APP.CH13.FEES

# STERNBERG LAW GROUP

8605 Santa Monica Blvd
Ste Pmb 81823
West Hollywood, CA 90069-4109
TELEPHONE (310) 270-4343
FACSIMILE (310) 270-4344

Stephen M Pantalemon                                                                                            10-Jan-24
35 Hallcrest Dr
Ladera Ranch, CA 92694
ORANGE-CA

Reference To:Stephen M Pantalemon, Chapter 13 BK Case No.:8:23-bk-11752-MH
STATEMENT OF CHARGES THROUGH October 12, 2023 - January 10, 2024 billed by Sternberg Law Group AKA SLG

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | SLG | Phone Appointment with Client to Discuss Objecting to the Claim of Moorfield Construction | 1 | 450.00 |
| 10/17/2023 | SLG | Phone Appointment with Client to Discuss Objecting to the Claim of Moorfield Construction | 0.7 | 315.00 |
| 11/10/2023 | SLG | Phone Appointment with Debtor and his State Court Attorney to discuss Objecting to the Claim of Moorfield Construction | 0.9 | 405.00 |
| 11/10/2023 | SLG | Phone Appointment with Creditor Attorney to discuss Objecting to the Claim of Moorfield Construction | 0.5 | 225.00 |
| 11/14/2023 | SLG | Phone Appointment with Debtor and his State Court Attorney to discuss Objecting to the Claim of Moorfield Construction | 0.5 | 225.00 |
| 11/30/2023 | SLG | Phone Appointment with Client to Discuss Objecting to the Claim of Moorfield Construction | 0.5 | 225.00 |
| 11/30/20223 | SLG | Phone Appointment with Creditor Attorney to discuss Objecting to the Claim of Moorfield Construction | 0.5 | 225.00 |
| 12/6/2023 | SLG | Phone Appointment with Client to Discuss Objecting to the Claim of Moorfield Construction | 0.3 | 135.00 |
| 1/10/2024 | SLG | Prepare Fee app | 0.20 | 90.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 5.10 | 2295.00 |
| *No Charge/Adjustment in Billing | 0.00 | 0.00 |

SUBTOTAL                                                                                                                              2295.00
TOTAL COSTS:                                                                                                                       2295.00


**BALANCE**                                                                                                                          **2295.00**
**FINAL BALANCE:**                                                                                                              **2295.00**

| In re: <br> **Stephen M Pantalemon** <br> Debtor(s). | CHAPTER: **13** <br> CASE NUMBER: **8:23-bk-11752-MH** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8605 Santa Monica Blvd.,
Suite #81823
West Hollywood, CA 90069-4109**

 **A true and correct copy of the foregoing document entitled (*specify*):  APPLICATION OF ATTORNEY FOR DEBTOR  FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/11/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee, ustpregion16.sa.ecf@usdoj.gov
Ch 13 Trustee, efile@ch13ac.com
Barrett Daffin Frappier Treder & Weiss, LLP, cdcaecf@bdfgroup.com
Katz Law, APC, lior@katzlaw.com
Mahoney & Soll LLP, r.soll@verizon.net
Ghidotti Berger LLP, kbrown@ghidottiberger.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **01/11/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Mark D. Houle,
United States Bankruptcy Court - Central District of California
Courtroom 6C, 411 West Fourth Street,
Santa Ana, CA  92701**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **01/11/2024** | **Joshua L. Sternberg 250687** | **/s/ Joshua L. Sternberg** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*        **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing         Employment Development Dept           Franchise Tax Board
0973-8                                   Bankruptcy Group MIC 92E              Bankruptcy Section MS: A-340
Case 8:23-bk-11752-MH                    P.O. Box 826880                       P.O. Box 2952
Central District of California           Sacramento, CA 94280-0001             Sacramento, CA 95812-2952
Santa Ana
Wed Jan 10 01:52:37 PST 2024

Moorefield Construction, Inc.            (p)STATE COMP INS FUND                Santa Ana Division
C/O Katz Law, APC                        PO BOX 9102                           411 West Fourth Street, Suite 2030,
5850 Canoga Ave., Suite 400              PLEASANTON CA 94566-9102              Santa Ana, CA 92701-4500
Woodland Hills, CA 91367-6554


Apple Card/gs Bank Usa                   Ashley Funding Services, LLC          Barclays Bank Delaware
Lockbox 6112                             Resurgent Capital Services            Attn: Bankruptcy
P.O. Box 7247                            PO Box 10587                          125 South West St
Philadelphia, PA 19170-0001              Greenville, SC 29603-0587             Wilmington, DE 19801-5014


(p)CAINE & WEINER COMPANY                (p)JPMORGAN CHASE BANK  N A           Cmptr Chk Vr
12005 FORD ROAD 300                      BANKRUPTCY MAIL INTAKE TEAM           Po Box 1268
DALLAS TX 75234-7262                     700 KANSAS LANE FLOOR 01              Bothell, WA 98041-1268
                                         MONROE LA 71203-4774


Connexus Credit Union                    Credit International C                Goldman Sachs Bank USA
Attn: Bankruptcy                         Po Box 1268                           Attn: Bankruptcy
Po Box 8026                              Bothell, WA 98041-1268                Po Box 70379
Wausau, WI 54402-8026                                                          Philadelphia, PA 19176-0379


Iq Data International                    Moorefield Construction, Inc.        Nordstrom FSB
Attn: Bankruptcy                         c/o Katz Law, APC                    13531 E. Caley Ave
Po Box 340                               5850 Canoga Avenue, 4th Floor        Englewood, CO 80111-6505
Bothell, WA 98041-0340                   Woodland Hills, CA 91367-6554


Planet Home Lending, LLC                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Prestige Default Services LLC
321 Research Parkway                     PO BOX 41067                          1920 old Tustin Ave
Suite 303                                NORFOLK VA 23541-1067                 Santa Ana, CA 92705-7811
Meriden, CT 06450-8342


Quantum3 Group LLC as agent for          Resurgent Capital Services            Richard A Soll
Aqua Finance Inc                         PO Box 10587                          Mahoney & Soll LLP
PO Box 788                               Greenville, SC 29603-0587             150 West First St #280
Kirkland, WA  98083-0788                                                       Claremont, CA 91711-4739


Santa margarita Water District           United States Trustee (SA)            Wilmington Trust, National Association
26111 Antonio Pkwy                       411 W Fourth St., Suite 7160          c/o Planet Home Lending, LLC
Rancho Santa Margarita, CA 92688-5505    Santa Ana, CA 92701-4500              321 Research Parkway
                                                                               Suite 303
                                                                               Meriden, CT 06450-8342


Amrane (SA) Cohen (TR)                   Joshua Sternberg                      Stephen M Pantalemon
770 The City Drive South Suite 3700      Sternberg Law Group                   35 Hallcrest Dr
Orange, CA 92868-4928                    8605 Santa Monica Blvd                Ladera Ranch, CA 92694-1085
                                         Ste Pmb 81823
                                         West Hollywood, CA 90069-4109
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Compensation Insurance Fund<br>P.O. Box 8192<br>Pleasanton, CA 94588 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| Portfolio Recovery Associates, LLC<br>c/o Barclays Bank Delaware<br>POB 41067<br>Norfolk VA 23541 | (d)State Compensation Insurance Fund<br>PO BOX 8192<br>Pleasanton, CA 94588 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF            (u)Wilmington Trust, National Association, no           End of Label Matrix
                                                                                    Mailable recipients    29
                                                                                    Bypassed recipients     2
                                                                                    Total                  31